# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ERNEST E. LIGGETT AND MARILYN KOSTIK LIGGETT (IN THEIR INDIVIDUAL AND OWNERSHIP CAPACITY WITH ALPHA FINANCIAL MORTGAGE, INC., BROWNSVILLE GROUP, LTD, MANOR INVESTMENTS, LTD AND REDSTONE GROUP), | : No. 108 WAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>: |
| Petitioners | : |
| v. | : |
| TAX CLAIM BUREAU FAYETTE COUNTY, PENNSYLVANIA, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 4th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.